IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

    Plaintiff,

v.

MONROE COUNTY SHERIFF'S
DEPARTMENT, ROBERT CONROY,
STAN HENDRICKSON, WISCONSIN
DEPARTMENT OF CORRECTIONS and
NATE WHITE,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-336-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed in forma pauperis and dismissing plaintiff's federal claims for failure to state a claim upon which relief may be granted. The court declines to exercise jurisdiction over plaintiff's state law claim.

_Peter Oppeneer_      7/18/12

Peter Oppeneer, Clerk of Court      Date