IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL B. KINGSLEY,

    Plaintiff,

v.

MONROE COUNTY SHERIFF'S
DEPARTMENT, ROBERT CONROY,
STAN HENDRICKSON, WISCONSIN
DEPARTMENT OF CORRECTIONS and
NATE WHITE,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-336-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed in forma pauperis and dismissing plaintiff's federal claims for failure to state a claim upon which relief may be granted. The court declines to exercise jurisdiction over plaintiff's state law claim.

_____      7/18/12
Peter Oppeneer, Clerk of Court             Date